# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-684
Lower Tribunal No. 19-24456
_____

**Angela Hester, etc.,**
Appellant,

vs.

**Bay Point Property Owner's Association, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

Lipcon, Margulies, Alsina & Winkleman, P.A., Jason R. Margulies, Jacqueline Garcell and L. Alex Perez, for appellant.

Almazan Law, Gregory S. Glasser and Brett A. Kaplan, for appellee.

Before FERNANDEZ, HENDON, and LOBREE, JJ.

PER CURIAM.

Affirmed.